IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

GERIC BROWN,                          §
                                      §
            Plaintiff,                §
                                      §
v.                                    §          No. 3:25-CV-1890-N-BW
                                      §
UNITED STATES OF AMERICA,             §
                                      §
            Defendant.                §

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the Court is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.  By separate judgment, this action will be dismissed without prejudice for lack of subject matter jurisdiction.

**SO ORDERED** this 15th day of April, 2025.

_____
DAVID C. GODBEY
SENIOR UNITED STATES DISTRICT JUDGE